United States District Court
Middle District of Florida
Jacksonville Division

**FREDREGUS ARNOLD,**

   *Plaintiff,*

v.                No. 3:19-cv-769-J-34PDB

**EISMAN & RUSSO, INC.,**

   *Defendant.*

---

# Order

On October 11, 2019, the Court conducted a telephone conference with the parties to discuss the failure to follow the track notice and scheduling order. Doc. 12.

The Court extended the deadline for the defendant to file the verified summary of hours worked and serve the supporting time sheets and payroll records to **October 15, 2019**.

Without objection, the plaintiff's counsel moved to conduct the settlement conference by telephone to avoid the fees and expenses associated with travel, particularly given the low damages.

The track notice directs that "counsel for Plaintiff and Defendant shall meet and confer in person in a good faith effort to settle all pending issues[.] … Exceptions to the requirement of meeting in person will rarely be granted; the parties are encouraged to make efforts to resolve this matter prior to the in-person meeting deadline (via telephone or otherwise)." Doc. 4 at 2–3.

Because counsel provided no compelling reason for the Court to undertake the rare action requested, the Court denied the oral motion but without prejudice to filing another motion if circumstances change. To give the parties more time to try to

informally resolve the dispute without travel, the Court extended the deadline to conduct the in-person settlement conference to **December 10, 2019**.

**Ordered** in Jacksonville, Florida, on October 18, 2019.

                                             *[signature]*
                                             PATRICIA D. BARKSDALE
                                             *United States Magistrate Judge*

c: Counsel of Record